**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| ROBERT WILLIE JOHNSON,<br><br>Plaintiff,<br><br>v.<br><br>FCI LEWISBURG, et al.,<br><br>Defendants. | No. 1:26-cv-13387-JEK |

**ORDER**

**KOBICK, J.**

In an Order dated August 27, 2026, the Court denied without prejudice plaintiff Robert Willie Johnson's Application to Proceed in District Court Without Prepaying Fees or Costs with leave to (1) pay the filing fee or (2) file an Application accompanied by his certified prison account statement. ECF 5. The Court explained that prisoner plaintiffs are not entitled to a complete waiver of the filing fee, notwithstanding the grant of *in forma pauperis* status. The Court found that even though he is a pretrial detainee, Johnson meets the statutory definition of a "prisoner" for purposes of 28 U.S.C. § 1915(h).

The Court informed Johnson that failure to comply with the Order within 28 days may result in dismissal of this action. *Id.* Johnson has not, to date, responded to the Court's Order, and the time to do so has expired. It appears that he no longer wishes to pursue this case. District courts have inherent power to dismiss cases for failure to prosecute. *See Santos v. Dep't of Educ. of Com. of Puerto Rico*, 108 F. App'x 638, 640 (1st Cir. 2004) (district courts have "the power to act *sua sponte* to dismiss a suit for failure to prosecute"); *Tower Ventures, Inc. v. City of Westfield*, 296 F.3d 43, 46 (1st Cir. 2002) ("disobedience of court orders . . . warrants dismissal"). Given that

Johnson has not addressed the filing fee and has not taken any further action in this case, the Court DISMISSES this case without prejudice. The Clerk shall enter a separate order of dismissal.

SO ORDERED.

/s/Julia E. Kobick
JULIA E. KOBICK
UNITED STATES DISTRICT JUDGE

Dated: September 29, 2026